UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO CAMACHO, JR.,<br><br>                           Plaintiff<br><br>   v.<br><br>NEVADA GOVERNOR SISOLAK,<br><br>                          Defendant | Case No.  2:22-cv-00860-APG-DJA<br><br>**ORDER** |

**I.     DISCUSSION**

On May 31, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled "Emergency Injunction for Relief – Pursuant to Displaced Citizen Act (Obama – Ex Felon Executive Order)"  (ECF No. 1-1). The Court construes this as a motion for injunctive relief.  Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff until **August 1, 2022,** to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

    (2) a **<u>Financial Certificate</u>** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

    (3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

The Court will grant Plaintiff a **one-time** opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **August 1, 2022.** Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **August 1, 2022,** this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **August 1, 2022,** to proceed with this case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint to this Court on or before **August 1, 2022**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his Motion for Injunctive Relief. (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 1, 2022**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

administrative fee) or file with the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **August 1, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED:  June 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE

.